1 McGREGOR W. SCOTT
United States Attorney
2 SHEA J. KENNY
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00037-KJM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| ISMAEL NIEVES LOPEZ, | |
| Defendant. | |

**STIPULATION**

1. Defendant Ismael Nieves Lopez filed a motion for reduction in sentence and compassionate release on November 9, 2020. Docket No. 14. The government's response is due by November 23, 2020, and any reply due November 30, 2020. Docket No. 16. Government counsel requests additional time to obtain and review records and to draft the response brief.

2. Counsel for the defendant does not oppose this request.

///
///
///
///
///
///

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 14, be due on November 30, 2020; and

    b) The defense reply, if any, be due on December 7, 2020.

IT IS SO STIPULATED.

                                                McGREGOR W. SCOTT
                                                United States Attorney

Dated:  November 20, 2020

                                                */s/ Shea J. Kenny*
                                                SHEA J. KENNY
                                                Assistant United States Attorney

Dated:  November 20, 2020            /s/ *Christina Sinha*
                                                CHRISTINA SINHA
                                                Counsel for Defendant

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)     The government's opposition or response to defendant's motion, ECF No. 14, is due on November 30, 2020;

    b)     The defense reply, if any, will be due on December 7, 2020.

IT IS SO ORDERED.

DATED: November 23, 2020

CHIEF UNITED STATES DISTRICT JUDGE